UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT EUGENE GOETZ, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:16-CV-00337-SMJ <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Dimke's February 28, 2018 Report and Recommendation, ECF No. 19, recommending that that the Court grant Plaintiff's Motion for Summary Judgment, ECF No. 16, and deny the Commissioner's Motion for Summary Judgment, ECF No. 18. Neither party has objected to the Report and Recommendation. After reviewing the Report and Recommendation and relevant authorities, the Court finds that Magistrate Judge Dimke's findings are correct. The Court therefore adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 19**, is **ADOPTED** in its entirety.

ORDER **-** 1

2. Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **GRANTED**.

3. The Commissioner's Motion for Summary Judgment, **ECF No. 18**, is **DENIED**.

4. This matter is **REMANDED** to the Commissioner of Social Security for immediate calculation and award of benefits.

5. The Clerk's Office is directed to enter **JUDGMENT** in favor of Plaintiff and **CLOSE** this case.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Dimke.

**DATED** this 15th day of March 2018.

*[signature]*
SALVADOR MENDOZA, JR.
United States District Judge