# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2018

SEAN F. McAVOY, CLERK

ROBERT EUGENE GOETZ,

  *Plaintiff*

  v.

COMMISSIONER OF SOCIAL SECURITY,

  *Defendant*

Civil Action No.  2:16-CV-00337-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Report and Recommendation, ECF No. 19, is ADOPTED in its entirety. Plaintiff's Motion for Summary Judgment, ECF No. 16, is GRANTED. The Commissioner's Motion for Summary Judgment, ECF No. 18, is DENIED. This matter is REMANDED to the Commissioner of Social Security for immediate calculation and award of benefits. Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  SALVADOR MENDOZA, JR.  on motions for Summary Judgment (ECF Nos. 16 and 18).

Date:  March 15, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Jaime M. White
    *(By) Deputy Clerk*

Jaime M. White